

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM
F. #201602228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 2, 2021

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Sergey Denisoff
  Criminal Docket No. 20-67 (EK)

Dear Judge Komitee:

The government respectfully requests that the defendant's sentencing, currently scheduled for June 23, 2021, be adjourned to allow for the completion of the presentence report. The government has conferred with defense counsel, who has no objection to an adjournment for this purpose.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:  /s/ Artie McConnell
  Artie McConnell
  Assistant U.S. Attorney
  (718) 254-7150

cc:  Steven Goldsobel, Esq. (by e-mail)
  Senior U.S.P.O. Jamie Turton (by e-mail)