# Law Offices of Steven Goldsobel
A Professional Corporation

1901 Avenue of the Stars
Suite 1750
Los Angeles, CA 90067

Telephone: (310) 552-4848
Facsimile: (310) 695-3860
www.sgoldsobel.com

May 9, 2022

**VIA ECF**

The Honorable Edward R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Sergey Denisoff, Case No. 20-cr-00067-EK

Dear Judge Komitee:

On behalf of Defendant Sergey Denisoff, we respectfully request that the Court adjourn Mr. Denisoff's sentencing hearing to a later date due to the unavailability of undersigned counsel. Having conferred with the Clerk of the Court, we understand that July 6, 2022, may be available. Undersigned counsel and counsel for the government are available on July 6, 2022.

The government does not object to the requested adjournment.

Respectfully submitted,

Steven M. Goldsobel